**Opinion filed November 9, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00230-CV
_____

**TANYA MOUTRAY, Appellant**

**V.**

**TYLER MOUTRAY, Appellee**

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 025463**

## M E M O R A N D U M   O P I N I O N

Appellant, Tanya Moutray, filed a notice of appeal from the trial court's final decree of divorce. When the appeal was docketed, the clerk of this court requested Appellant to remit the $205 filing fee and to file the docketing statement on or before October 20, 2023. In a letter dated October 25, 2023, we notified Appellant that the filing fee and the docketing statement were both past due and, on this court's own motion, extended the due date to November 1, 2023. We also notified Appellant that the appeal would be subject to dismissal if she failed to comply with these

requirements.  *See* TEX. R. APP. P. 42.3.  In a letter dated October 27, 2023, we reminded Appellant of the deadline to file the docketing statement and to pay the filing fee.  On October 31, 2023, Appellant's counsel informed the clerk's office of this court by telephone that they will not be pursuing this appeal.  As of this date, we have not received Appellant's filing fee or her docketing statement.

Because Appellant has failed to pay the required filing fee as directed by this court and Appellant's counsel has informed this court that this appeal will not be prosecuted, we dismiss the appeal.  *See* TEX. R. APP. P. 5, 42.3.

W. BRUCE WILLIAMS

JUSTICE

November 9, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.